AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parsons, Marcia P. | USBC Eastern District of Tennessee | 04/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

200 West Depot Street
Suite 321
Greeneville, Tennessee 37743

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Tusculum College--teaching |
| 2. 2013 | Appalachian School of Law--teaching |
| 3. 2013 | Walters State Community College--teaching |
| 4. 2013 | Wolters Kluwer Law & Business Publishers--book royalties |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tennessee Bar Associaiton | 04/19/13 to 4/21/13 | Gatlinburg, TN | Educational seminar | Transportation, meals, rom |
| 2. | National Conference of Bankruptcy Judges | 04/08/13 to 4/10/13 | Phoenix, AZ | Mid-year meeting | Transportation, meals, room |
| 3. | National Conference of Bankruptcy Judges | 10/29/13 to 11/01/13 | Atlanta, GA | Annual meeting | Transportation, meals, room |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital Bank Checking | A | Interest | L | T | | | | | |
| 2. TN Energy Acqu. Rev. Bond | B | Interest | K | T | | | | | |
| 3. U.S. Savings Bonds | A | Int./Div. | M | T | | | | | |
| 4. IRA #2 (UBS Cus: Fin'ing Corp CPN Zero Coupon bonds) | A | Interest | J | T | | | | | |
| 5. IRA #2 (UBS Cus: Fin'ing Corp Fed CPN Zero Coupon bonds) | A | Interest | J | T | | | | | |
| 6. IRA #2 (UBS Cus: Fed Hom Ln Ntg Corp Zero Coupon bonds) | A | Interest | K | T | | | | | |
| 7. IRA #2 (UBS Cus: Fed Natl Mtg Ass Med Term Zeros) | A | Interest | K | T | | | | | |
| 8. IRA #2 (UBS Cus: Bank USA Deposit Account) | A | Interest | J | T | | | | | |
| 9. IRA #1 (UBS Cus: Fin'ing Corp CPN FICO Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 10. IRA #1 (UBS Cus: Fin'ing Corp Fed CPN Zero Coupon Bonds | A | Interest | L | T | | | | | |
| 11. IRA #1 (UBS Cus: Fin'ing Corp CPN Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 12. IRA #1 (UBS Cus: Fin'ing Corp Strip Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 13. IRA #1 (UBS Cus: Fed Nat's Mtg Assn Med Trm Zero Coup Bonds | A | Interest | J | T | | | | | |
| 14. IRA #1 (UBS Cus: Fed Nat's Mtg Assn Zero Coupon Bonds | A | Interest | L | T | | | | | |
| 15. IRA #1 (UBS Cus: Resol Funding Corp Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 16. IRA #1 (UBS Cus: TN Vally Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 17. IRA #1 (UBS Cus: Bank USA Deposit Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 (UBS Cus: Jackson National Annuity) | A | Int./Div. | L | T | | | | | |
| 19. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 20. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 21. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 22. IRA #1 (UBS Cus: Ohio Nat'l Annuity) | A | Interest | K | T | | | | | |
| 23. ING Variable Annuity #1 | A | Interest | L | T | | | | | |
| 24. ING Variable Annuity #2 | A | Interest | K | T | | | | | |
| 25. Hartford Fixed Annuity | A | Int./Div. | K | T | | | | | |
| 26. ING Annuity #3 | A | Interest | L | T | | | | | |
| 27. Tennessee State Retirement Account | A | Int./Div. | M | T | | | | | |
| 28. Great West IRA | A | Int./Div. | M | T | | | | | |
| 29. New York Life Annuity | A | Interest | L | T | | | | | |
| 30. TIAA-CREF Retirement Annuity (ASL) | A | Int./Div. | M | T | | | | | |
| 31. UBS Bank USA Deposit Account | A | Interest | K | T | | | | | |
| 32. ING Electric Oraange Checking Account | A | Interest | M | T | | | | | |
| 33. AMEX Personal Savings Account | A | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/28/2014 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/28/2014 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia P. Parsons**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544